UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>　　Defendants. | CIV F 03-5422 AWI SMS P<br><br>ORDER GRANTING EXTENSION OF DEADLINE TO FILE DISPOSITIVE MOTIONS<br>(DOCUMENT #48) |

On April 15, 2005, defendants filed a motion to extend time to file a motion for summary judgment. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

The deadline to file pre-trial dispositive motions is extended from April 21, 2005 to June 21, 2005 for all parties in this action.[1]

IT IS SO ORDERED.

**Dated:   May 17, 2005**　　　　　　　　　　/s/ Sandra M. Snyder
i0d3h8　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] The dispositive motion deadline applies to all pre-trial dispositive motions, including motions to dismiss for failure to exhaust brought pursuant to the unenumerated portion of Federal Rule of Civil Procedure 12(b).