# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-CV-5422-AWI-SMS-P |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS UNNECESSARY |
| v. | (Doc. 53) |
| EDWARD ALAMEIDA, et al., | ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC TO JULY 5, 2005 |
| Defendants. | (Doc. 57) |

I.  Motion to Amend

Plaintiff Benny Tapia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding against defendants Alameida, Terhune, Scribner, Yarborough, Glazier, Fisher, and Woods ("defendants") for violation of the Equal Protection Clause and the Due Process Clause. On May 2, 2005, plaintiff filed a motion seeking leave to amend his complaint to dismiss certain defendants from this action. Defendants filed an opposition on May 11, 2005.

As defendants correctly contend, a motion seeking leave to amend must be accompanied by a proposed amended complaint, which plaintiff's motion was not. Regardless, as also corrected noted by defendants, it is unnecessary for plaintiff to amend solely to dismiss parties. Plaintiff may file a notice of voluntary dismissal with the court setting forth which defendants he wishes the court

///

to dismiss from this action and the court will do so. Because it is unnecessary for plaintiff to amend to dismiss parties, plaintiff's motion shall be denied.

II.     Motion for Extension of Time

On June 23, 2005, defendants filed a motion seeking a fourteen day extension of time to file their motion for summary judgment. Defendants' motion for summary judgment was subsequently filed on July 5, 2005. Defendants' request shall be granted nunc pro tunc to July 5, 2005.

III.    Order

Based on the foregoing,

1.      Plaintiff's motion to amend, filed May 2, 2005, is DENIED; and

2.      Defendants' motion for an extension of time, filed June 23, 2005, is GRANTED nunc pro tunc to July 5, 2005.

IT IS SO ORDERED.

**Dated:   July 12, 2005**                         **/s/ Sandra M. Snyder**
icido3                                             UNITED STATES MAGISTRATE JUDGE

2