# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>EDWARD ALAMEIDA, et al.,<br><br>　　　　　　Defendants. | CASE NO. 1:03-CV-5422-AWI-SMS-P<br><br>ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR A STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(Docs. 59 and 60) |

Plaintiff Benny Tapia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 5, 2005, defendants filed a motion for summary judgment. To date, plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 78-230(m).

Accordingly, it is HEREBY ORDERED that:

1. Within **thirty (30) days** from the date of service of this order, plaintiff shall file an opposition or a statement of non-opposition to defendants' motion for summary judgment; and

///
///
///
///
///
///

1

1       2. <u>If plaintiff fails to file an opposition or a statement of non-opposition in compliance with this order, this action shall be dismissed for failure to obey a court order and failure to prosecute</u>.

IT IS SO ORDERED.

**Dated:  August 16, 2005**               /s/ Sandra M. Snyder
icido3                                    UNITED STATES MAGISTRATE JUDGE