UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BENNY TAPIA, | ) | 1:03-CV-5422 AWI SMS P |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME TO FILE REPLY NUNC PRO TUNC TO SEPTEMBER 23, 2005 |
| v. | ) ) | |
| EDWARD ALAMEIDA, et al., | ) | (DOCUMENT #64) |
| Defendants. | ) ) ) | |

    On September 16, 2005 defendants filed a motion to extend time to file a reply to plaintiff's opposition to their motion for summary judgment. On September 23, 2005, and during the pendency of this request, defendants filed their reply to plaintiff's opposition. Accordingly, the request for extension of time is HEREBY GRANTED nunc pro tunc to September 23, 2005.

IT IS SO ORDERED.

**Dated:   October 18, 2005**            /s/ Sandra M. Snyder
i0d3h8                                                    UNITED STATES MAGISTRATE JUDGE