# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-CV-5422-AWI-SMS-P |
|     Plaintiff, | ORDER SETTING DEADLINE TO FILE DISPOSITIVE MOTION ADDRESSING PLAINTIFF'S STATE LAW CLAIM |
|    v. | |
| EDWARD ALAMEIDA, et al., | (Doc. 71) |
|     Defendants. | Motion Deadline:   June 15, 2006 |

Plaintiff Benny Tapia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983 and California law. Pursuant to the Court's order of March 29, 2006, plaintiff was provided with the opportunity to amend his void for vagueness and overbreadth claims. (Doc. 71.) On April 26, 2006, plaintiff notified the Court that he was opting to abandon his claims. (Doc. 72.) Accordingly, pursuant to the Court's order of March 29, 2006, defendants may, but are not required to, file a dispositive motion addressing plaintiff's state law claim. (Doc. 71.) The motion must be filed on or before **June 15, 2006**. (Doc. 71.)

IT IS SO ORDERED.

**Dated:   May 1, 2006**          /s/ Sandra M. Snyder
i0d3h8                                    UNITED STATES MAGISTRATE JUDGE

1