# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-CV-05422-AWI-SMS-P |
|            Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OR FOR SUMMARY ADJUDICATION ON PLAINTIFF'S STATE LAW CLAIM |
|    v. | |
| EDWARD ALAMEIDA, et al., | |
|            Defendants. | |
| _____/ | (Doc. 75) |

Plaintiff Benny Tapia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983 and California law.  On June 15, 2006, pursuant to the Court's order of May 2, 2006, defendants filed a motion for judgment on the pleadings or in the alternative for summary adjudication on plaintiff's state law claim.  More than twenty-one days have passed and plaintiff has not filed an opposition or a statement of non-opposition.  Local Rule 78-230(m).

Plaintiff is required to respond to defendants' motion within **thirty (30) days** from the date of service of this order by filing  an opposition or a statement of non-opposition.  If plaintiff fails to file a response to defendants' motion, the Court will recommend that this action be dismissed, with prejudice, for failure to obey a court order and failure to prosecute.

IT IS SO ORDERED.

**Dated:**   **August 11, 2006**            _____
icido3                                             **/s/ Sandra M. Snyder**
                                                   UNITED STATES MAGISTRATE JUDGE