UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>EDWARD ALAMEIDA, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:03-cv-05422-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 78)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY ADJUDICATION, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO BE SET FOR TRIAL** (Doc. 75) |

　　　Plaintiff Benny Tapia ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　On November 30, 2006, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty days. On January 3, 2007, plaintiff filed a statement of non-opposition

1

to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 30, 2006, is ADOPTED IN FULL;
2. Defendants' motion for summary adjudication on plaintiff's state law mandatory duties claim, filed June 15, 2006, is GRANTED as follows:
    a. Defendants' motion as to plaintiff's claim for damages is GRANTED on the ground that plaintiff failed to exhaust in compliance with the California Tort Claims Act, and
    b. Defendants' motion as to plaintiff's claim for equitable relief is GRANTED on the ground that the claim is moot; and,
3. This matter is referred back to the Magistrate Judge to be set for trial on plaintiff's remaining claims.

IT IS SO ORDERED.

**Dated: February 10, 2007**        **/s/ Anthony W. Ishii**
0m8i78                              UNITED STATES DISTRICT JUDGE

2