# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>        Plaintiff,<br><br>    v.<br><br>WOODS, GLAZIER, FISCHER, YARBOROUGH, TERHUNE, AND ALAMEIDA,<br><br>        Defendants.<br>_____/ | CASE NO. 1:03-cv-05422-LJO-SMS PC<br><br>ORDER DIRECTING CLERK OF COURT TO SERVE DOCUMENT #95 ON DEFENDANT GLAZIER AT HIS ADDRESS OF RECORD, TO BE KEPT CONFIDENTIAL<br><br>ORDER REQUIRING CLERK OF COURT TO EFFECT SERVICE OF ANY FILING IN THIS ACTION BY PLAINTIFF OR OTHER DEFENDANTS ON DEFENDANT GLAZIER AT ADDRESS TO BE KEPT CONFIDENTIAL |

On October 19, 2007, the Court granted defense counsel's motion to withdraw as counsel for Defendant J. Glazier, and Defendant is now proceeding pro se in this action. Due to Defendant Glazier's previous employment with the California Department of Corrections and Rehabilitation, and the subject matter of this action, sensitivity to the confidentiality of Defendant's home address is warranted. Pursuant to the Court's order, counsel has provided Glazier's current address, which will be kept confidential by the Court.[1] Accordingly, it is HEREBY ORDERED that:

1. The Clerk of the Court shall serve a copy of court order #95 on Defendant Glazier;
2. In serving court orders on Defendant Glazier, the Clerk of the Court SHALL keep confidential his address of record; and

///

---

[1] Should Defendant Glazier choose to file something with the Court which reveals his address, the Court's undertaking to protect the confidentiality of the address will come to an end.

1

1          3.      When Plaintiff or any other Defendant files any document in this case, the Clerk of
2      the Court SHALL effect service of that filing on Defendant Glazier at his address of
3      record, to be kept confidential.[2]

4

5  IT IS SO ORDERED.

6  **Dated:    October 25, 2007**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE

---

[2] Deviation from service in accordance with the Federal Rules of Civil Procedure applies only to service of documents on Defendant Glazier.  While Plaintiff and the other Defendants may rely on the Court to serve their filings on Defendant Glazier, they must continue to effect service of their filings on one another in compliance with the applicable rules.