# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-cv-05422-LJO-SMS PC |
|     Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT GLAZIER |
|     v. | |
| WOODS, GLAZIER, FISCHER, YARBOROUGH, TERHUNE, AND ALAMEIDA, | (Doc. 97) |
|     Defendants. | |

On November 1, 2007, plaintiff filed a motion seeking entry of default against defendant Glazier. Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. Fed. R. Civ. P. 55(a).

Defendant Glazier answered the complaint on August 12, 2004, and is not in default. The fact that defendant Glazier is no longer represented by counsel and is now proceeding pro se is not ground for entry of default and is irrelevant. A defendant may proceed pro se in an action just as a plaintiff may.

Plaintiff's motion for entry of default, filed November 1, 2007, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:**    **November 4, 2007**                 /s/ Lawrence J. O'Neill
                                                  UNITED STATES DISTRICT JUDGE

1