# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>   Plaintiff,<br><br>   v.<br><br>WOODS, GLAZIER, FISCHER, YARBOROUGH, TERHUNE, AND ALAMEIDA,<br><br>   Defendants.<br>_____ / | CASE NO. 1:03-cv-05422-LJO-SMS PC<br><br>ORDER NOTIFYING DEFENDANT GLAZIER THAT CHANGE IN DESIGNATION OF COUNSEL WAS NOT EFFECTIVE DUE TO NONCOMPLIANCE WITH LOCAL RULE 83-182(G)<br><br>(Doc. 100) |

On October 19, 2007, the Court granted Defendants' counsel's motion to withdraw as attorney of record for Defendant Glazier. On November 19, 2007, counsel filed a notice of change in designation of counsel for Defendant Glazier.

At this stage in the proceedings, appearance as attorney of record via filing must be made pursuant to Local Rule 83-182(g). Local Rule 83-182(a)(2)(iv). Until a substitution is made in compliance with Local Rule 83-182(g), Defendant Glazier remains pro per in this action.

IT IS SO ORDERED.

**Dated:   February 11, 2008**          /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1