# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WOODS, GLAZIER, FISCHER,<br>YARBOROUGH, TERHUNE,<br>AND ALAMEIDA,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　/ | CASE NO. 1:03-cv-05422-LJO-SMS PC<br><br>ORDER CONFIRMING JURY TRIAL SET FOR MARCH 3, 2008, AT 8:30 A.M.<br><br>ORDER DIRECTING CLERK'S OFFICE TO SERVE DOCUMENTS ON ATTORNEY MARK HARRIS<br><br>(Docs. 103, 104, 105, 107) |

　　　This matter is set for jury trial on March 3, 2008, at 8:30 a.m. in Courtroom 4 before the undersigned. The parties are hereby notified that trial is confirmed for the date and time scheduled.

　　　The Clerk's Office is HEREBY DIRECTED to serve attorney Mark Harris with document numbers 103, 104, 105, and 107, which were either issued by the Court or filed by plaintiff Tapia between the filing of defendant Yarborough's notice of substitution of Mr. Harris as his attorney on January 3, 2008, and the date the Court issued its order on the substitution.

IT IS SO ORDERED.

**Dated:　February 11, 2008**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE