

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-cv-05422-LJO-SMS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 4, 2008, AT 7:30 A.M. |
| v. | |
| WOODS, GLAZIER, FISCHER, YARBOROUGH, TERHUNE, AND ALAMEIDA, | |
| Defendants. | |

Plaintiff Benny Tapia shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 7:30 a.m. on Tuesday, March 4, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: March 3, 2008

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE

1