**FILED**

MAR 0 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY TAPIA, | CASE NO. 1:03-cv-05422-LJO-SMS PC |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| WOODS, | |
| Defendant. | |

Jury trial in this matter commenced on March 3, 2008. Pursuant to Federal Rule of Civil Procedure 50(a), judgment was entered for defendants and against plaintiff on March 4, 2008.

Accordingly, plaintiff Benny Tapia, #E28767, is no longer needed by the court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: March 4, 2008                    _____
                                         LAWRENCE J. O'NEILL
                                         UNITED STATES DISTRICT JUDGE

1